UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE MORGAN STANLEY ERISA
LITIGATION

MASTER FILE NO.
07 Civ. 11285 (RWS)

THIS DOCUMENT RELATES TO

ALL ACTIONS

## JOINT [PROPOSED] SCHEDULING ORDER

Plaintiffs and defendants herein respectfully submit this proposed Joint Scheduling Order, pursuant to which the parties agree to the following schedule:

1. **May 16, 2008** Defendants shall produce, subject to entry of an appropriate protective order and any attorney client privileges that may be claimed:

    (a) excerpts, from January 1, 2006 to present, of minutes of any meeting of the Board of Directors of Morgan Stanley and Morgan Stanley & Co. Incorporated in which the Morgan Stanley 401(k) Plan and the Morgan Stanley Employee Stock Ownership Plan (the "Plans") were discussed, and all written materials presented to the Boards of Directors relevant thereto;

    (b) minutes of all meetings of the investment committee of the Plans held from January 1, 2006 to present, and, in connection with those meetings (i) all written materials provided to the investment committee concerning Morgan Stanley stock; and (ii) any other written material provided to the investment committee specified by plaintiffs after review of the produced minutes, with such documents to be produced within ten (10) business days of such specification; and



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/16/08

(c) documents produced from January 1, 2006 through May 16, 2008, to any governmental body in connection with an investigation of Morgan Stanley relating to Morgan Stanley's investment in the subprime market, **excluding** investigations by state authorities focused on (i) home loan origination and/or servicing; (ii) fair loan practices and/or refinancing; and (iii) securitization of home loans. In any event, Morgan Stanley shall not have to produce (i) documents pertaining to individual loans or loan pools or (ii) documents containing personal identifying information about borrowers.

2. Subject to Defendants' right to contest such an application, Plaintiffs may at any time apply to the Court for an order requiring production of materials expressly excluded from the scope of paragraph 1(c) above, but otherwise agree not to seek any further discovery from defendants until the earlier of (i) the decision on a motion to dismiss; or (ii) three months from the submission of defendants' reply brief on the motion to dismiss.

3. **July 11, 2008**  Plaintiffs' deadline to serve a Consolidated Class Action Complaint (the "Consolidated Complaint"). The Consolidated Complaint shall be the operative complaint and shall supersede all complaints filed in any of the actions consolidated herein.

4. **September 12, 2008**  Defendants' deadline to answer or otherwise respond to the Consolidated Complaint.

5. **November 7, 2008**  Plaintiffs' deadline to serve a response to Defendants' motion to dismiss or other responsive pleading.

6. **December 5, 2008**  Defendants' deadline to serve a reply in support of any motion to dismiss or other responsive pleading.

7.  The parties shall propose additional dates to the Court, up to and including a proposed date for trial, no later than 14 days after a motion to dismiss is denied in whole or in part (or no later than 14 days after an answer is served if a motion to dismiss is not made).

Dated: May 6, 2008

Mark C. Rifkin
Michael Jaffe
WOLF HALDENSTEIN ADLER FREEMAN
& HERZ LLP
270 Madison Avenue
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 545-4653
Email: rifkin@whafh.com
       jaffe@whafh.com

Sanford P. Dumain
Lori G. Feldman
Arvind Khurana
MILBERG LLP
One Pennsylvania Plaza
New York, NY 10119
Telephone: (212) 594-5300
Facsimile: (212) 868-1229
Email: sdumain@milberg.com
       lfeldman@milberg.com
       akhurana@milberg.com

**Interim Co-Lead Counsel for Plaintiffs**

Robert I. Harwood
Samuel K. Rosen
HARWOOD FEFFER LLP
488 Madison Avenue
New York, NY 10022
Telephone: (212) 935-7400
Facsimile: (212) 753-3630
Email: rharwood@hfesq.com
        srosen@hfesq.com

Joseph H. Melzer
Edward W. Ciolko
Katherine B. Bornstein
SCHIFFRIN BARROWAY TOPAZ &
KESSLER LLP
280 King of Prussia Road
Radnor, PA 198087
Telephone: (610) 667-7706
Facsimile: (510) 667-7056
Email: jmelzer@sbtklaw.com
        eciolko@sbtklaw.com

**Executive Committee of Interim Co-Lead Counsel for Plaintiffs**

_____
Robert F. Wise
DAVIS POLK & WARDELL
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 450-4000
Facsimile: (212 450-3800
Email: robert.wise@dpw.com

**Attorney for Defendants
Morgan Stanley & Co., et al.**

SO ORDERED THIS /5 day of May, 2008

_____
U.S.D.J.

503525